UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| GARY DOTSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> METROPOLITAN LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 5: 23-178-DCR <br><br><br> ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a proposed agreed proposed order of dismissal [Record No. 27] in accordance with the Court's prior directives. Accordingly, it is hereby

**ORDERED** as follows:

1. The parties' proposed agreed order, filed as a motion [Record No. 27], is **GRANTED**.

2. The claims asserted in this action are **DISMISSED**, with prejudice.

3. This matter is **DISMISSED** with prejudice and **STRICKEN** from the docket.

4. The parties shall bear their respective costs, expenses, and attorneys' fees.

Dated: August 8, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

1